

**Ronald J. Aiani, P.C.**
Attorneys At Law
86 East Lee Street
Warrenton, Virginia 20186

Ronald J. Aiani
Lynn E. Aiani

April 12, 2012

Mr. Donald R. Tharpe
Great Marsh
Midland, VA 22728-0240

    Re:    Tharpe - S. Lang Sale No. 1

Dear Mr. Tharpe:

    As requested by you and Mr. Robert Lang, below is a letter agreement for the purchase of certain collectibles by N. Susanne Lang from Donald R. Tharpe Trust.

PURCHASE AGREEMENT

- Effective this day, N. Susanne Lang ("S. Lang") agrees to purchase and Donald R. Tharpe Trust ("Tharpe") agrees to sell for $600,000 ("Purchase Price") the following collectibles ("Collectibles"):

    (1)  War and Peace painting by D.M. Carter - $400,000
    (2)  Portrait of Col. Alfred Brackett by G.P. Healey - $200,000

- Purchase Price shall be paid on or before April 13, 2012.

- Title to the Collectibles shall pass to S. Lang free and clear of all liens.

- Reduced sale price of War and Peace Painting (i.e., from $600,000 to $400,000), is in lieu of the $200,000 note from Tharpe to S. Lang previously contemplated as part of the first Bonus Transaction below.

- No brokerage fee shall be paid by S. Lang upon the subsequent sale of the collectibles by S. Lang as part of the Lincoln Grant Collection.

BONUS TRANSACTIONS

- Within five (5) days of receipt by Tharpe of the full Purchase Price, Tharpe shall pay $50,000 cash to N. Susanne Lang for contribution to the Lang Educational Trust.



Mr. Donald R. Tharpe
April 10, 2012
Page 2

o     At closing of this transaction, Tharpe shall issue a $250,000 Promissory Note ("$250K Note") payable to N. Susanne Lang only to be satisfied by full payment by Tharpe from Tharpe's portion of the proceeds of sale of the collectibles as part of the Lincoln Grant Collection.

I trust the above states the transactions discussed. If agreeable to all parties, please sign below and have Ms. Lang sign as well.

Very truly yours,

Ronald J. Aiani

I, N. Susanne Lang, agree to purchase the Collectibles on the terms set forth above.

_____
N. Susanne Lang

I, Donald R. Tharpe, Trustee of the Donald R. Tharpe Trust, agree to sell the Collectibles on the terms set forth above.

Donald R. Tharpe Trust

By: Donald R. Tharpe, Trustee

\Tharpe\Tharpe Ltr Agmt - Sale 1 04102012.wpd



EXHIBIT A2

**Ronald J. Aiani, P.C.**
Attorneys At Law
86 East Lee Street
Warrenton, Virginia 20186

Tel.: (540) 347-5295
Fax: (540) 347-5130

Ronald J. Aiani
Lynn E. Aiani

April 12, 2012

Mr. Donald R. Tharpe
Great Marsh
Midland, VA 22728-0240

Re:   Tharpe - S. Lang Sale No. 2

Dear Mr. Tharpe:

As requested by you and Mr. Robert Lang, below is a letter agreement for the purchase of certain collectibles by N. Susanne Lang from Donald R. Tharpe Trust.

## PURCHASE AGREEMENT

- Effective this day, N. Susanne Lang ("S. Lang") agrees to purchase and Donald R. Tharpe Trust ("Tharpe") agrees to sell for $1,000,000 ("Purchase Price") the following collectibles ("Collectibles"):

    (1)   General Grant Epaulets - $750,000
    (2)   General McClellan Sword - $250,000

- Purchase Price shall be paid by delivery of $1,000,000 Promissory Note from Robert Lang to Tharpe ("$1M Note"). Note shall be due and payable by Robert Lang from Robert Lang's portion of the proceeds of sale of the Robert Lang collectibles as part of the Lincoln Grant Collection.

- Title to the Collectibles shall pass to S. Lang free and clear of all liens. Until such time as Don Tharpe can pass free and clear title to S. Lang for the Grant Epaulets and the McClellan Sword, Don Tharpe will pass to S. Lang the free and clear title for O.P. Bolling, Portrait of General Banks, 1863 and Sword and Scabard of General John Winder, Richmond 1864. When the lien of $500,000 is cleared for Grant/McClellan, S. Lang will return title for O.P. Bolling, Portrait of General Banks, 1863 and Sword and Scabard of General John Winder, Richmond 1864 to D. Tharpe, in exchange for free and clear title for Grant/McClellan.

- No brokerage fee shall be paid by S. Lang upon the subsequent sale of the collectibles by S. Lang as part of the Lincoln Grant Collection.

Mr. Donald R. Tharpe
April 12, 2012
Page 2

- Tharpe guaranties that the subsequent sale of said Collectibles (i.e., General Grant Epaulets and General McClellan Sword) as part of the Lincoln Grant Collection shall not be less than $1,050,000.

- As part of this transaction, Robert Lang will convey the Murphy Lincoln painting (value $195,000) and the Lincoln Courtier (Lincoln with Specs) to S. Lang free and clear in lieu of the $300,000 borrowed against the Town Bank shares. At time of sale of Lincoln Grant Collection, R. Lang agrees to pay the $300,000 note to Town Bank for the release of S. Lang's Town Bank shares.

I trust the above states the transactions discussed. If agreeable to both you and Ms. Lang, please sign below and have Ms. Lang sign as well.

Very truly yours,

*[signature]*

Ronald J. Aiani

I, N. Susanne Lang, agree to purchase the Collectibles on the terms set forth above.

*[signature]*
N. Susanne Lang

I, Donald R. Tharpe, Trustee of the Donald R. Tharpe Trust, agree to sell the Collectibles on the terms set forth above.

Donald R. Tharpe Trust

*[signature]*
By: Donald R. Tharpe, Trustee

I, Robert Lang, agree to make and deliver the Promissory Note in support of the above transaction on the terms set forth above.

*[signature]*
Robert Lang

\Tharpe\Tharpe Ltr Agmt - Sale 2 04122012




EXHIBIT A3

# Ronald J. Aiani, P.C.
Attorneys At Law
86 East Lee Street
Warrenton, Virginia 20186

Ronald J. Aiani
Lynn E. Aiani

Tel.: (540) 347-5295
Fax: (540) 347-5130

April 12, 2012

Mr. Donald R. Tharpe
Great Marsh
Midland, VA 22728-0240

Re:   Tharpe – R. Lang Sale No. 3

Dear Mr. Tharpe:

As requested by you and Mr. Robert Lang, below is a letter agreement for the purchase of certain collectibles by Robert Lang from Donald R. Tharpe Trust.

## PURCHASE AGREEMENT

o   Effective this day, Robert Lang ("R. Lang") agrees to purchase and Donald R. Tharpe Trust ("Tharpe") agrees to sell for $225,000 ("Purchase Price") collectibles to be determined by Tharpe and R. Lang subject to fair and reasonable spread between cost and fair market value of the selected collectibles ("Collectibles").

o   Purchase Price shall be paid as follows:

   (1)   $25,000 cash in hand received by Tharpe on or about April 3, 2012;
   (2)   $200,000 cash on or before June 30, 2012.

o   Title to the Collectibles shall pass to R. Lang free and clear of all liens upon proper payment of the Purchase Price.

I trust the above states the transactions discussed. If agreeable to both you and Ms. Lang, please sign below and have Mr. Lang sign as well.

Very truly yours,

*Ronald J. Aiani*

Ronald J. Aiani



Mr. Donald R. Tharpe
April 10, 2012
Page 2

I, Robert Lang, agree to purchase the Collectibles on the terms set forth above.

_____
Robert Lang

I, Donald R. Tharpe, Trustee of the Donald R. Tharpe Trust, agree to sell the Collectibles on the terms set forth above.

Donald R. Tharpe Trust

By: _Donald R. Tharpe, Trustee_

\Tharpe\Tharpe Ltr Agmt - Sale 3·04102012



# Ronald J. Aiani, P.C.
Attorneys At Law
86 East Lee Street
Warrenton, Virginia 20186

Ronald J. Aiani
Lynn E. Aiani

April 12, 2012

Tel.: (540) 347-5295
Fax: (540) 347-5130

Mr. Donald R. Tharpe
Great Marsh
Midland, VA 22728-0240

Re:   White Marsh Transaction

Dear Mr. Tharpe:

As requested by you and Mr. Robert Lang, below is a letter agreement for the formation of the business association by Donald R. Tharpe ("Tharpe") and Robert Lang ("Lang").

## WHITE MARSH PROJECT

o   Effective this day, Lang and Tharpe each agree to organize a limited liablity company ("LLC") to own, hold and/or develop the 97 acre White Marsh Project.

o   Lang and Tharpe shall each own 50% interest in the LLC and shall have equal control and voting rights.

o   Lang agrees to acquire the Tharpe issued Promissory Note currently held by Gibraltar, LLC ("Gibraltar Note") and secured by a certain 94 acres ("White Marsh") owned by Tharpe.

o   Lang agrees to accept a deed from Tharpe for the 94 acres securing the Gibraltar Note, in full satisfaction of the Gibraltar Note. Tharpe understands, as of this writing, Lang is pursuing, but has not attained financing for the purchase of the Gibraltar Note.

o   Lang shall contribute the 94 acres to LLC.

o   Tharpe shall contribute the 3 acre Shaw Property to LLC.

o   Lang shall issue a $500,000 Promissory Note ("Lang Note") payable to Tharpe in consideration of Tharpe's conveyance of the 3 acre Shaw Property to LLC.

- Tharpe shall issue a $500,000 Promissory Note ("Tharpe Note") payable to Lang in consideration of Lang's conveyance of the 94 acres to LLC. Upon request by Lang, Tharpe shall make an early payment of $62,500 to be used by Lang for the closing on the acquisition of the Gibraltar Note.

BONUS TRANSACTION

- At completion of the LLC formation, which formation includes performance by Tharpe and Lang of all provisions set forth above, Tharpe and Lang each agree that the Lang Note and the Tharpe Note shall be deemed to offset in full and the completion of the LLC formation shall be a full release of both Tharpe and Lang from any and all liability under the Tharpe Note and Lang Note, respectively.

- Notwithstanding anything herein to the contrary, R. Lang agrees to indemnify Tharpe under the $250K Note, issued as part of the Tharpe - S. Lang Sale No. 1, and to hold Tharpe harmless from any and all liability under the $250K Note if R. Lang fails to close on the acquisition of the Gibraltar Note on terms acceptable to Tharpe.

I trust the above states the transaction discussed. If agreeable to both you and Mr. Lang, please sign below and have Mr. Lang sign as well.

Very truly yours,

Ronald J. Aiani

I, Robert Lang, agree to the formation of the business association on the terms set forth above.

Robert Lang

I, Donald R. Tharpe, agree to the formation of the business association on the terms set forth above.

Donald R. Tharpe

\Tharpe\White Marsh Transaction ltr 04102012

# Ronald J. Aiani, P.C.
Attorneys At Law
86 East Lee Street
Warrenton, Virginia 20186

Ronald J. Aiani
Lynn E. Aiani

Tel.: (540) 347-5295
Fax: (540) 347-5130

April 12, 2012

Mr. Donald R. Tharpe
Great Marsh
Midland, VA 22728-0240

Re:   Shaw Transaction

Dear Mr. Tharpe:

As requested by you and Mr. Robert Lang, below is a letter agreement between Donald R. Tharpe Trust ("Tharpe") and Robert Lang ("Lang") for the purchase of the Shaw property from Toll Brothers ("Toll").

## SHAW ACQUISITION

o   Effective this day, Tharpe agrees to use the net proceeds of the S. Lang - Tharpe Sale No. 1 to purchase the Shaw property from Toll pursuant to the March 16, 2011 Forbearance Agreement between Tharpe and Toll.

o   As a material part of this transaction, Robert Lang agrees to loan Donald R. Tharpe $200,000, said funds having been transferred to Tharpe on or about March 1, 2012, and Tharpe agrees to issue a $200,000 Promissory Note to Lang ("$200K Note") to be satisfied in full by Tharpe from Tharpe's portion of the proceeds of sale of the collectibles as part of the Lincoln Grant Collection.

## BONUS TRANSACTION

o   Notwithstanding anything herein to the contrary, R. Lang agrees to indemnify Tharpe under the $250K Note, issued as part of the Tharpe - S. Lang Sale No. 1, and to hold Tharpe harmless from any and all liability under the $250K Note if R. Lang fails to close on the acquisition of the Gibraltar Note on terms acceptable to Tharpe.



Mr. Donald R. Tharpe
April 10, 2012
Page 2

    I trust the above states the transactions discussed. If agreeable to both you and Mr. Lang, please sign below and have Mr. Lang sign as well.

Very truly yours,

*Ronald J. Aiani*

Ronald J. Aiani

    I, Robert Lang, agree to the purchase of the Shaw property on the terms set forth above.

*Robert Allen Lang*
Robert Lang

    I, Donald R. Tharpe, Trustee of the Donald R. Tharpe Trust, agree to the purchase of the Shaw property on the terms set forth above.

Donald R. Tharpe Trust

*Donald R. Tharpe, Trustee*
By: Donald R. Tharpe, Trustee

\Tharpe\Shaw Transaction ltr 04102012

# LINCOLN WASHINGTON
## ICON COLLECTION

Lang & Tharpe Transaction No. 7: Lincoln Washington Icon Collection

November 7, 2012

| Donald Tharpe | Robert Lang | N. Susanne Lang | Molly Mattison | Katie DeGroft |
|---|---|---|---|---|
| Midland VA | Delafield WI | Delafield WI | Washington DC | Washington DC |

We, the undersigned, establish ourselves as partners of the Lincoln Washington Icon Collection. Place of operation – showroom at 45 Main Street, Warrenton VA; office at 514 Wells Street, Delafield WI.

The purpose of our partnership is to organize, promote and sell for value the Lincoln Washington Icon Collection during the next three-six years. From time to time, additional items may be added to the Collection, subject to the mutual consent of Robert Lang and Donald Tharpe. Above said names own their percentage of the Collection ownership. The three items listed below can only be sold as a Collection or individually by mutual consent of Donald Tharpe and Robert Lang. All said parties have first right of refusal of sale to third party.

## CONTRIBUTIONS OF INVENTORY (1-2-3) included, as of October 31, 2012:

- William Mathews, Lincoln Portrait, referred to as 6x4..  30%  $1,675,000 (RL contribution)
- Washington Lafayette Watch...........................  56%  $3,125,000 (DT contribution)
- Washington at Dorchester (life size painting)..........  14%  $ 800,000 (RL contribution)
  (Currently, a balance due of $375,000 is due Peter
  Colasante for Dorchester Heights)       100%  $5,600,000

## 50/50 DONALD THARPE, ROBERT LANG OWNERSHIP – G.WASHINGTON WATCH

- Donald Tharpe, Robert Lang to calculate numbers to arrive at a 50/50 DT, RL partnership for the present individual ownership of the three items, as they relate to the whole Lincoln Washington Icon Collection, which will change the percentage above, and resulting in the ownership, as listed below.

## OWNERSHIP OF ENTIRE ICON COLLECTION:

- Donald Tharpe to own 50% of Icon Collection.
- Susanne Lang to own 12% of Icon Collection.
- Molly Mattison to own 10% of Icon Collection.
- Katie DeGroft to own 10% of Icon Collection
- Robert Lang to own 18% of Icon Collection.

## OWNERSHIP SUMMARY: Appraised Value as of November 6, 2012.
Proj. Value, 2017-2018, $12-15,000,000

- William Mathews, Lincoln 6/4 painting (current appraised value)     $ 4,500,000
- Washington Lafayette Watch (current appraised value)     $ 9,300,000
- Washington at Dorchester Heights painting (current appraised value)     $ 1,200,000
  Total Values     $15,000,000

_____  11/14/12
Donald Tharpe        Date

_____  Nov 14 2012
Robert Lang        Date

_____  11-26-12
N. Susanne Lang        Date

_____  11-26-2012
Molly Mattison        Date

_____  11.27.12
Katie DeGroft        Date



EXHIBIT B