UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT LANG and SUSANNE LANG,

      Plaintiffs,

  v.                                    Case No. 18-cv-1077-pp

DONALD R. THARPE,
DONALD R. THARPE TRUST,
PETER COLASANTE, and RONALD J. AIANI,

      Defendants.

---

**ORDER APPROVING STIPULATION TO DISMISS DEFENDANT (DKT. NO. 38) AND DENYING AS MOOT MOTIONS TO DISMISS (DKT. NOS. 6, 17)**

---

      On November 27, 2018, the parties filed a Stipulation of Dismissal with Prejudice with regard to defendant Ronald J. Aiani. Dkt. No. 38. The court **APPROVES** the stipulation and **ORDERS** that the plaintiff's claims against defendant Aiani are **DISMISSED** with prejudice and on the merits, without costs or disbursements to any party.

      The court further **ORDERS** that defendant Aiani's motions to dismiss for failure to state a claim and lack of jurisdiction are **DENIED** as moot. Dkt. Nos. 6, 17.

      Dated in Milwaukee, Wisconsin this 12th day of December, 2018.

                                                      **BY THE COURT:**

                                                      _____
                                                      **HON. PAMELA PEPPER**
                                                      **United States District Judge**